**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00005-CV

### PRISCILLA ALIA MCCURDY, Appellant

### V.

### RANDY LIGGETT, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10001**

## ORDER

On June 10, 2019, we ordered court reporter Stephanie Moses to file, no later than June 17, 2019, the reporter's record or written verification that either no hearings were recorded or appellant had not paid for the record. To date, Ms. Moses has not complied.

Because the record was first due February 1, 2019 and the appeal cannot move forward without the issue of the reporter's record being resolved, we **ORDER** Ms. Moses to file, **no later than July 5, 2019** either the record or requested verification. *We caution Ms. Moses that failure to comply could result in the Court taking any steps necessary to ensure compliance.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court; Vielica Dobbins, Official Court Reporter of the 193rd Judicial District Court; Ms. Moses, and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE